# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

In re:  )
  )  Case No. 12-11583-BFK
WEGEN TADESSE,  )  Chapter 13
  )
          Debtor.  )

## CORRECTED ORDER DENYING MOTION TO VACATE
## ORDER DISMISSING CASE
### (Docket No. 110)

On February 25, 2016, the Court held a hearing on Debtor's Motion to Vacate the Order Dismissing his case. Docket No. 110. The *pro se* Debtor, William Francis Markley[1], Esquire, and the Chapter 13 Trustee, Thomas P. Gorman, Esquire, were present in person. For the reasons stated on the record, it is

**ORDERED:**

1. The Debtor's Motion to Vacate Order Dismissing Case (Docket No. 110) is denied.

2. The *pro se* Debtor is advised that he will have 14 days from the entry of this Order to appeal, by filing a Notice of Appeal with the Clerk of the Bankruptcy Court.

3. The Clerk shall mail copies of this Order, or provide electronic notice of its entry, to the parties listed below.

Date: Mar 2 2016

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: March 3, 2016

---

[1] This Order was amended to correct the attorney's name. Barry Weintraub, Esquire was not present for this case.

<u>Copies to</u>:

Wegen Tadesse
1330 South Glebe Road
Arlington, VA 22204
*Chapter 13 Debtor*

William Francis Markley, Esquire
Markley Law Offices
1940 Duke Street, Suite 200
Alexandria, VA 22314
*Counsel of record for the Chapter 13 Debtor*

Thomas P. Gorman, Esquire
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Chapter 13 Trustee*